

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-13-2008

# USA v. Aguirre

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-1377

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Aguirre" (2008). *2008 Decisions.* Paper 1610.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1610

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

IN THE UNITED STATES COURT
OF APPEALS
FOR THE THIRD CIRCUIT

———————

NO. 05-1377

———————

UNITED STATES OF AMERICA

v.

CARLOS AGUIRRE
                    Appellant


———————


On Appeal From the United States
District Court
For the District of New Jersey
(D.C. Crim. Action No. 04-cr-00496)
District Judge:  Hon. Dickinson R. Debevoise

———————

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 12, 2008

BEFORE:  SLOVITER, SMITH and
STAPLETON, *Circuit Judges*

(Filed: February 13, 2008 )

———————

## OPINION OF THE COURT

STAPLETON, Circuit Judge:

Appellant Carlos Aguirre pled guilty to using a telephone to facilitate a conspiracy to distribute cocaine. He was sentenced to 48 months of incarceration. He now appeals that sentence, arguing (1) that he received ineffective assistance of counsel during the sentencing phase of his case in the District Court, (2) that the District Court erred in declining to grant a departure from the Guideline range because of extraordinary family circumstances, and (3) that the District Court also erred in failing to grant a departure on the ground that his offense constituted aberrant behavior.

Aguirre's ineffective assistance of counsel claim was not raised in the District Court and, as a result, the record was not developed on the issues raised by that claim. In such situations, we decline to review ineffective assistance of counsel claims on direct appeal and insist that they be addressed initially in the trial court in a collateral review proceeding under 28 U.S.C. § 2255, *see, e.g., United States v. Haywood*, 155 F.3d 674, 678 (3d Cir. 1995).

We lack jurisdiction "to review discretionary decisions [of a sentencing court] to deny departures, unless for allegations of legal error." *United States v. Cooper*, 437 F.3d 324, 332 (3d Cir. 2006).

For the foregoing reasons, we will affirm the judgment of the District Court without prejudice to Aguirre pursuing his ineffective assistance of counsel claim in a proceeding under 28 U.S.C. § 2255.